# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Robert Dale Oak,

          Plaintiff,        Case No. 21-12199

v.                                Judith E. Levy
                                United States District Judge

Deputy J.A. Gregory, *et al.*,

                                Mag. Judge Anthony P. Patti

          Defendants.

_____/

## **ORDER VACATING ORDER TO SHOW CAUSE [8]**

On February 2, 2022, this Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. (ECF No. 8.) Defendants filed an answer to the complaint on February 11, 2022. (ECF No. 9.) Plaintiff filed a response on February 16, 2022, stating that the parties have been engaging in settlement negotiations and are in the process of scheduling early facilitation. (ECF No. 10.)

IT IS HEREBY ORDERED that the Court's order to show cause has been satisfied and is vacated.

Dated: February 18, 2022        s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 18, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
